

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

*Taylor Dow*
*Assistant United States Attorney*

*970 Broad Street*         *Main: (973) 645-2700*
*Suite 700*               *Direct: (973) 297-2026*
*Newark, NJ 07102*        *taylor.dow@usdoj.gov*

July 14, 2026

**<u>Via Electronic Filing</u>**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re:** *Casa Rivera v. Mullin*, No. 26-cv-07868 (CCC)
> **Petitioner's Bond Hearings Before an Immigration Judge**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement. In accordance with the Court's Text Order dated June 29, 2026 (ECF No. 3), we respectfully write to inform the Court that on July 2, 2026, the Elizabeth Immigration Court conducted a custody redetermination concerning Petitioner pursuant to 8 C.F.R. § 1236. During the July 2 hearing, Petitioner withdrew his request for bond. *See* Ex. A at 1 (July 2, 2026 Order of the Immigration Judge). The Elizabeth Immigration Court next conducted a custody redetermination concerning Petitioner on July 13, 2026. At the conclusion of second hearing, The Elizabeth Immigration Court granted Petitioner's request for bond and ordered that he be released from custody on $15,000.00 bond. *See* Ex. B. at 1 (July 13, 2026 Order of the Immigration Judge).

We respectfully request that the Court close this case and thank the Court for its consideration of this matter.

Hon. Claire C. Cecchi, U.S.D.J.
July 14, 2026
Page 2

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Taylor Dow*
TAYLOR DOW
Assistant United States Attorney
*Attorney for Respondents*

cc:    All counsel of record (*via ECF*)

Encls.

I n light of Petitioner's release, the Clerk's
Office is directed to close this matter.

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:    7/16/2026